UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) No. 02 CR 801-2<br>MARIA BANEA, )<br>) Judge George W. Lindberg<br>Defendant. )<br>) | |

## **RELEASE OF JUDGMENT LIEN**

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 02 CR 801-2. The judgment in the amount of $70,194.00, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Orange County Recorder's Office as document number 2013000012594, on January 8, 2013 is hereby released.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney


    By: s/ Joseph A. Stewart
    JOSEPH A. STEWART
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60603
    (312) 469-6008
    joseph.stewart@usdoj.gov

# **CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

       RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Maria Banea
█████████

       By: s/ Joseph A. Stewart
       JOSEPH A. STEWART
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 469-6008
       joseph.stewart@usdoj.gov